538 F.2d 858
 UNITED STATES of America, Plaintiff-Appellee,
v.
Amado MARTINEZ-FUERTE, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellant,
v.
Jose JIMINEZ-GARCIA, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Raymond RANGEL GUILLEN and Fernando Medrano-Barragan,
Defendants-Appellees.
 Nos. 74-2462, 74-2680, 74-2714.
 United States Court of Appeals,
Ninth Circuit.
 July 20, 1976.
 
 1
 Jack Robinson, Asst. U. S. Atty. (argued), San Diego, Cal., for the U. S.
 
 
 2
 Charles M. Sevilla (argued), of Federal Defenders of San Diego, Inc., San Diego, Cal., for appellant Martinez-Fuerte.
 
 
 3
 Frank M. Mangan (argued), of Federal Defenders of San Diego, Inc., San Diego, Cal., for appellee Jiminez-Garcia.
 
 
 4
 Michael J. McCabe of Federal Defenders of San Diego, Inc., and E. J. Boone, San Diego, Cal., for appellees Rangel Guillen and Medrano-Barragan.
 
 ORDER
 
 5
 Before DUNIWAY and CARTER, Circuit Judges, and WEIGEL, District Judge.
 
 
 6
 Pursuant to the judgment of the Supreme Court of the United States in United States v. Martinez-Fuerte et al., 1976, --- U.S. ----, 96 S.Ct. 3074, 48 L.Ed.2d ---, it is ordered:
 
 
 7
 1. In No. 74-2462, the conviction of the appellant Martinez-Fuerte is affirmed.
 
 
 8
 2. In No. 74-2680, the case is remanded to the district court for further proceedings consistent with the opinion of the Supreme Court.
 
 
 9
 3. In No. 74-2714, the case is remanded to the district court for further proceedings consistent with the opinion of the Supreme Court.